PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
Nicholas A. Carlin, Cal. Bar No. 112532
nac@phillaw.com
39 Mesa Street, Suite 201
The Presideo
San Francisco, CA 94129
415-398-0900 (tel)

CREITZ & SEREBIN LLP
Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, ALAYNA BAIN, and DAYNA BAIN, individuals, <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE INC., et al., <br><br> Defendants. | Case No.: 15-cv-3305-EMC <br><br> **JOINT STIPULATED REQUEST TO CONTINUE MEDIATION DEADLINE** |

*4846-6013-4442.1 Bane v. United, 15-cv-3305-EMC*
STIPULATION TO CONTINUE MEDIATION DEADLINE, and
[proposed] ORDER

1

1  WHEREAS, the Court previously ordered the parties to complete
2  mediation no later than February 7, 2016 (Dkt. Entry 21); and
3  WHEREASE, the parties worked in good faith to schedule a timely
4  mediation; and
5  WHEREAS, the mediator, the parties, and their counsel were unable
6  to schedule the mediation before the Court-imposed deadline; and
7  WHEREAS, the parties currently have scheduled a mediation to take
8  place on February 26, 2016;
9  THEREFORE, the undersigned do stipulate and request as follows:
10  Subject to the approval of the Court, the deadline to complete
11  mediation shall be extended to and including February 26, 2016.

Dated: February 5, 2016        /s/ Joseph A. Creitz
                                Joseph A. Creitz,
                                CREITZ & SEREBIN LLP

                                Nicholas A. Carlin,
                                PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
                                Counsel for Plaintiffs


Dated: February 5, 2016        /s/ Timothy Nally
                                Timothy Nally
                                LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                Counsel for Defendant United

*4846-6013-4442.1 Bane v. United, 15-cv-3305-EMC*
STIPULATION TO CONTINUE MEDIATION DEADLINE, and
[proposed] ORDER

2

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 5, 2015                                    /s/ Joseph A. Creitz
                                                           Attorney for Plaintiff

*4846-6013-4442.1 Bane v. United, 15-cv-3305-EMC*
STIPULATION TO CONTINUE MEDIATION DEADLINE, and [proposed] ORDER

3

**[pro~~pos~~ed] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the deadline to complete mediation set forth in the court's Order of November 9, 2015 (Dkt. Entry 21) is extended to February 26, 2016.

IT IS SO ORDERED.

Dated: February __8__, 2016

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen