UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED HEALTHCARE INC.,<br><br>    Defendant. | Case No.  15-cv-03305-EMC<br><br>**SUPPLEMENTAL BRIEFING ORDER**<br><br>Docket No. 28, 30 |

On March 24, 2016, the parties filed their cross-motions for partial summary judgment on the issue of the standard of review. *See* Docket Nos. 28, 30.  The parties discuss California Insurance Code Section 10110.6, which appears to apply to life insurance and disability insurance policies. *See* Cal. Ins. Code § 10110.6(a), (g).  Accordingly, the parties shall address the following question:

> Given that California Insurance Code Section 10110.6 refers only to life insurance and disability insurance, does that Section apply to the policy at issue here?

Because this inquiry is limited, each party shall file a supplemental brief of no more than five pages by June 3, 2016.

**IT IS SO ORDERED**.

Dated: May 25, 2016

_____

EDWARD M. CHEN
United States District Judge