Phillips, Erlewine, Given & Carlin llp
Nicholas A. Carlin, Cal. Bar No. 112532
nac@phillaw.com
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
415-398-0900 (tel)

Creitz & Serebin llp
Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID BAIN, ALAINA BAIN, and DAYNA BAIN, individuals,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INC., et al.,<br><br>Defendants. | Case No.: 15-cv-3305-EMC<br><br>**JOINT STIPULATION FOR ADDITIONAL TIME TO SUBMIT DISCOVERY PLAN PER Dkt. Entry 52, and**<br><br>[proposed] ORDER |

*Bain v. United, 15-cv-3305-EMC*
STIPULATED REQUEST FOR EXTENSION OF TIME
TO FILE JOINT DISCOVERY LETTER

1

1   On September 23, 2016 the Court issued its order following the case management conference, directing the parties to meet and confer and submit a joint letter including a plan for written discovery within three weeks of the result of the meet and confer. (Dkt. Entry 52). Plaintiffs understood that such joint letter was to be filed within three weeks following the prior case management conference (*i.e.*, by October 13, 2016). Defendants understood that such joint letter was to be filed within three weeks following the completion of an ongoing meet and confer (*i.e.*, no hard deadline).

Regardless, counsel for Plaintiffs and counsel for the Defendant commenced the contemplated meet-and-confer in person immediately following the prior case management conference on September 23, 2016, in which Plaintiffs agreed to send proposed written discovery requests to Defendant for review and consideration as to whether any disputes may exist as to the proposed discovery and to provide the parties an opportunity to determine whether any such disputes could be resolved informally. Thereafter, consistent with their discussions, on October 11, 2016, Plaintiffs' counsel delivered to Defendant's counsel two Requests for Admissions, three Interrogatories, and eleven Requests for Production of Documents that Plaintiffs propose to propound. However, a filing deadline of October 13, 2016, as understood by Plaintiffs, does not afford Defendant adequate time to fully review and consider its position with respect to the written discovery requests proposed by Plaintiffs. Among other things, per Defendant's initial review, Defendant believes that some or all of Plaintiffs' proposed discovery requests are objectionable in light of the Court's order, and otherwise. (***See*** Dkt. Entry 52). Additionally, Defendant has not yet been able to determine what information it has that may be responsive to any of Plaintiffs' proposed requests, and until it does so it cannot take a final

*Bain v. United, 15-cv-3305-EMC*
STIPULATED REQUEST FOR EXTENSION OF TIME
TO FILE JOINT DISCOVERY LETTER

1  position on any objections, agreements, or disagreement that would need to be
2  presented to the Court for resolution.
3       The parties therefore agree that additional time is required in order to
4  determine what of the above-referenced discovery the parties can agree upon, and
5  what disputes they believe they will need the Court to resolve.
6       Therefore, the parties through their respective counsel do hereby stipulate
7  and request that the Court order the parties to file the joint discovery letter
8  contemplated by its September 23, 2016 Order (Dkt. Entry 52) ***on or before***
9  ***October 27, 2016***, or by such later time as the Court deems appropriate under the
10 circumstances.
11      Respectfully submitted.

12 Dated: October 13, 2016    /s/ Joseph A. Creitz
13                                          Joseph A. Creitz,
                                         CREITZ & SEREBIN LLP
14
15                                          /s/ Nicholas A. Carlin
16                                          Nicholas A. Carlin,
                                         PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
17
                                         Counsel for Plaintiffs
18
19
20 Dated: October 13, 2016    /s/ Timothy J. Nally
                                         Greg L. Johnson
21                                          Timothy J. Nally
22                                          LEWIS BRISBOIS BISGAARD & SMITH, LLP
                                         Counsel for Defendant United
23
24
25
26
27 *Bain v. United, 15-cv-3305-EMC*
28 STIPULATED REQUEST FOR EXTENSION OF TIME
   TO FILE JOINT DISCOVERY LETTER

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 13, 2016        /s/ Joseph A. Creitz
                               Attorney for Plaintiff

*Bain v. United*, 15-cv-3305-EMC
STIPULATED REQUEST FOR EXTENSION OF TIME
TO FILE JOINT DISCOVERY LETTER

4

# ORDER UPON STIPULATION

Pursuant to the stipulation of the parties and good cause appearing, the court hereby orders that the parties shall file the joint discovery letter contemplated by Dkt. Entry 52 no later than October 27, 2016.

IT IS SO ORDERED.

Dated: October 17, 2016



_____
DISTRICT JUDGE

*Bain v. United, 15-cv-3305-EMC*
STIPULATED REQUEST FOR EXTENSION OF TIME
TO FILE JOINT DISCOVERY LETTER