**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 W. El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant UNITED HEALTHCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, DAYNA BAIN and ALAINA BAIN, individuals, , <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED HEALTHCARE INC. in its capacity as insurer, administrator, and fiduciary of the Sagent Advisors Inc. Group Health Plan, and SAGENT ADVISORS INC. GROUP HEALTH PLAN, an ERISA-regulated welfare plan, <br><br>Defendants. | CASE NO. 3:15-cv-03305-EMC <br><br>**SECOND STIPULATION AND [PR~~O~~POSED] ORDER FOR ADDITIONAL TIME TO FILE JOINT DISCOVERY PLAN** <br><br>Trial Date:     None Set |

The parties do hereby stipulate and request as follows:

On October 17, 2016, the Court granted the parties' stipulation for additional time to meet and confer regarding discovery and submit a joint discovery plan. (See Dkt. Entry 54.) The parties met and conferred during in the intervening two weeks regarding Plaintiffs' proposed discovery requests, and exchanged proposals for resolving their discovery disputes, and those discussions are continuing

The parties are presently finalizing the joint letter prescribed by the Court in its September 23, 2016, minute order. (Dkt. Entry 52). However, the parties regretfully will not be able to finalize the letter for filing on October 27, 2016.

1  The parties therefore agree that additional time is required in order to finalize their
2  determinations regarding what of the above-referenced discovery the parties can agree upon, and
3  what disputes they believe they will need the Court to resolve.
4  Therefore, the parties through their respective counsel do hereby stipulate and request that
5  the Court allow the parties one additional week to finalize their discussions, and order the parties
6  to file the joint discovery letter contemplated by the Court's September 23, 2016 Order (Dkt.
7  Entry 52) on or before November 3, 2016.
8  Respectfully submitted.

DATED: October 27, 2016        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Timothy J. Nally*
       Greg L. Johnson
       Timothy J. Nally
       Attorneys for Defendant UNITED
       HEALTHCARE INC.

DATED: October 27, 2016        PHILIPS, ERLEWINE, GIVEN & CARLIN LLP
                               CREITZ & SEREBIN LLP

By:    */s/ Joseph Creitz*
       Joseph Creitz
       Co-Counsel for Plaintiffs DAVID BAIN, DAYNA
       BAIN and ALAINA BAIN

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 27, 2016        */s/ Timothy J. Nally*
                               Greg L. Johnson
                               Timothy J. Nally
                               Attorneys for Defendant

**ORDER UPON STIPULATION**

Pursuant to the stipulation of the parties and good cause appearing, the court hereby orders that the parties shall file the joint discovery letter contemplated by Dkt. Entry 52 on or before November 3, 2016.

It is so ORDERD.

DATED: 10/28/2016



_____
UNITED STATES DISTRICT COURT JUDGE