1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
2 |    E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
3 |    E-Mail: Timothy.Nally@lewisbrisbois.com
2020 W. El Camino Avenue, Suite 700
4 | Sacramento, California 95833
Telephone: 916.564.5400
5 | Facsimile: 916.564.5444

6 | Attorneys for Defendant,
UNITED HEALTHCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, DAYNA BAIN and ALAINA BAIN, individuals, ,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED HEALTHCARE INC. in its capacity as insurer, administrator, and fiduciary of the Sagent Advisors Inc. Group Health Plan, and SAGENT ADVISORS INC. GROUP HEALTH PLAN, an ERISA-regulated welfare plan,<br><br>            Defendants. | CASE NO. 3:15-cv-03305-EMC<br><br>**STIPULATION AND PRO~~POS~~ED ORDER TO RESCHEDULE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Trial Date:     None Set |

      The parties do hereby stipulate and request as follows:

      On December 6, 2016, the Court held a case management conference, at which it set a hearing date on the parties' cross motions for summary judgment for May 11, 2017. (Dkt. 61.) However, counsel for Defendant United Healthcare, Inc. ("United"), has a previously scheduled arbitration set for the week of May 8, 2017, and will not be able to adequately prepare for and argue the parties' cross-motions for summary judgment on May 11, 2017.

      The parties have met and conferred regarding the scheduling of the hearing date and agree to move the hearing to a later date so as to accommodate counsel's scheduling conflict and to permit Plaintiffs adequate time to conduct permitted discovery. Counsel for United has contacted



4817-8120-7101.1
1
STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT

1  the Court's clerk, and it appears the parties and the Court are available for a hearing on the parties'
2  cross motions for summary judgment on May 25, 2017, at 1:30 p.m.
3      Therefore, the parties through their respective counsel do hereby stipulate and request that
4  the Court move the hearing date on the parties' cross motions for summary judgment to May 25,
5  2017, at 1:30 p.m., with the parties' moving papers to be filed and served by April 20, 2017,
6  opposing papers to be filed and served by May 4, 2017, and reply papers to be filed and served in
7  by May 11, 2017.

8                              Respectfully submitted.

9  DATED: December 7, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11

12                                  By:     */s/ Timothy J. Nally*
                                        Greg L. Johnson
13                                      Timothy J. Nally
                                        Attorneys for Defendant UNITED
14                                      HEALTHCARE INC.

15 DATED: December 7, 2016          PHILIPS, ERLEWINE, GIVEN & CARLIN LLP
                                    CREITZ & SEREBIN LLP
16

17

18                                  By:     */s/ Joseph Creitz*
                                        Joseph Creitz
19                                      Co-Counsel for Plaintiffs DAVID BAIN, DAYNA
                                        BAIN and ALAINA BAIN
20

21
                                **ATTESTATION**
22
        Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
23
   document has been obtained from each of the other signatories.
24

25
   Dated: December 7, 2016                  */s/ Timothy J. Nally*
26                                          Timothy J. Nally
                                            Attorneys for Defendant
27

28

4817-8120-7101.1                        2                        3:15-cv-03305-EMC
STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING DATE ON MOTIONS FOR SUMMARY
                                    JUDGMENT

**ORDER UPON STIPULATION**

Pursuant to the stipulation of the parties and good cause appearing, the court moves the hearing date on the parties' cross-motions for summary judgment to May 25, 2017, at 1:30 p.m., with the parties' moving papers to be filed and served by April 20, 2017, opposing papers to be filed and served by May 4, 2017, and reply papers to be filed and served in by May 11, 2017.

It is so ORDERD.

DATED:   12/8/16



_____
UNITED STATES DISTRICT COURT JUDGE