PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
Nicholas A. Carlin, Cal. Bar No. 112532
nac@phillaw.com
39 Mesa Street, Suite 201
San Francisco, CA 94129
415-398-0900 (tel)

CREITZ & SEREBIN LLP
Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, ALAINA BAIN, and DAYNA BAIN, individuals, | Case No.: 15-cv-3305-EMC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO AMEND COMPLAINT AND FOR DISMISSAL OF DEFENDANT UNITED HEALTHCARE INC. WITHOUT PREJUDICE, and [~~propos~~ed] ORDER** |
| UNITED HEALTHCARE INC., et al., | |
| Defendants. | |

*Bain v. United, 15-cv-3305-EMC*
STIPULATION FOR AMENDMENT AND PARTIAL DISMISSAL and [proposed] ORDER

1

1    Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure all
2  parties hereby stipulate
3    (1) to the filing of Plaintiffs' Amended Complaint, attached as
4  Exhibit A hereto and filed herewith, to name OXFORD HEALTH
5  INSURANCE, INC. and UNITED BEHAVIORAL HEALTH as defendants;
6    (2) to the dismissal *without prejudice* of original Defendant UNITED
7  HEALTHCARE INC.;
8    (3) that Defendants waive notice and service of the amended
9  complaint;
10    (4) no current outstanding discovery or discovery disputes will be
11  affected by the foregoing amendment and dismissal; and
12    (5) that the Answer(s) of newly named Defendants OXFORD
13  HEALTH INSURANCE and UNITED BEHAVIORAL HEALTH shall be
14  due within 20 calendar days following the date of filing hereof.
15
16  Dated: March 22, 2017    /s/ Joseph A. Creitz
17    Joseph A. Creitz,
       CREITZ & SEREBIN LLP
18
19    /s/ Nicholas A. Carlin
20    Nicholas A. Carlin,
       PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
21
22    Counsel for Plaintiffs
23
24  Dated: March 22, 2017    /s/ Timonthy J. Nally
25    Timothy J. Nally
       LEWIS BRISBOIS BISGAARD & SMITH, LLP
26    Counsel for Defendant United
27
28  *Bain v. United, 15-cv-3305-EMC*
STIPULATION FOR AMENDMENT AND PARTIAL DISMISSAL and [proposed] ORDER
2

1
2

**ATTESTATION**

3          Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing

4    of this document has been obtained from each of the other signatories.

5

6    Dated: March 22, 2017                              /s/ Joseph A. Creitz

7                                                       Attorney for Plaintiff

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## [~~proposed~~] ORDER PURSUANT TO STIPULATION

2        Pursuant to the stipulation of the parties, and good cause appearing,

3  the court hereby orders as follows:

4        (1) Plaintiffs' Amended Complaint, attached as Exhibit A to said

5  stipulation shall be deemed filed as of the date upon which it was

6  electronically filed;

7        (2) Defendant UNITED HEALTHCARE INC. is hereby dismissed

8  *without prejudice*;

9        (3) Defendants waive notice and service of the amended complaint;

10        (4) Any current outstanding discovery or discovery disputes will be

11  unaffected by the foregoing; and

12        (5) The Answer(s) of newly named Defendants OXFORD HEALTH

13  INSURANCE and UNITED BEHAVIORAL HEALTH shall be due within

14  20 calendar days following the date of filing of the aforementioned

15  stipulation.

16

17  IT IS SO ORDERED.

18  Dated:   3/23/17



19

20               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

*Bain v. United, 15-cv-3305-EMC*
STIPULATION FOR AMENDMENT AND PARTIAL DISMISSAL and [proposed] ORDER