**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 W. El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
UNITED HEALTHCARE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, DAYNA BAIN and ALAINA BAIN, individuals, ,<br><br>    Plaintiffs,<br><br>vs.<br><br>OXFORD HEALTH INSURANCE, INC. and UNITED BEHAVIORAL HEALTH, in their capacities as insurers, administrators, and fiduciaries of the Sagent Advisors Inc. Group Health Plan, an ERISA-regulated welfare plan,<br><br>    Defendants. | CASE NO. 3:15-cv-03305-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO WITHDRAW DEFENDANT'S OPPOSITION (DKT. 71) TO PLAINTIFF'S MOTION TO STAY (DKT. 68) AND TO STAY THE LITIGATION**<br><br>Trial Date:    None Set |

    Plaintiffs David Bain, Dayna Bain, and Alaina Bain (collectively, "Plaintiffs") and Defendants Oxford Health Insurance, Inc. and United Behavioral Health (collectively, "Defendants") do hereby stipulate and agree as follows:

### RECITALS

    WHEREAS, on April 4, 2017, Plaintiffs filed a Motion to Stay Action and Alternative Motion to Continue Summary Judgment Schedule ("the Motion for Stay"), which is presently scheduled to be heard on April 13, 2017 (*see* Dkt. 68);

    WHEREAS, Plaintiffs' Motion requests, inter alia, that this Court stay the above-captioned

litigation until November 16, 2017, in light of the pending matters of *Wit v. United Behavioral Health*, N.D. Cal. Case No. 14-cv-02346-JCS, and *Alexander v. United Behavioral Health*, N.D. Cal. Case No. 14-cv-05337-JCS (collectively, "*Wit*");

WHEREAS, Defendants filed an opposition on April 7, 2017 (*see* Dkt. 71), and Plaintiffs filed a reply on April 10, 2017 (*see* Dkt. 73);

WHEREAS, Defendants contend that if a judgment is entered with respect to the class currently certified in *Wit*, such judgment will preclude all of the claims currently asserted by Plaintiffs in the above-captioned action in their entirety, subject to any opt-out rights;

WHEREAS, Plaintiffs dispute Defendants' contention for multiple reasons, including, but not limited to, the fact that the instant lawsuit includes multiple claims not raised or contemplated to be adjudicated in *Wit*, and that will not be resolved by *Wit*, including but not limited to claims concerning the adequacy and propriety of Defendant's termination of benefits Plaintiff Alaina Bain's residential treatment under ERISA and the ERISA claims regulation, claims for monetary benefits, claims for penalties under ERISA § 502(c), and otherwise (whereas, by contrast, *Wit* is expressly seeking only re-adjudication – not monetary benefits – of claims denied based on an allegedly improper Level of Care Guideline); and neither a judgment nor a settlement in a class action such as *Wit* resolves or produce a waiver or release of claims outside the scope of those actually litigated. *See National Super Spuds v. N.Y Mercantile Exchange*, 660 F.2d 9, 18 (2d Cir. 1981); and

WHEREAS, despite their differing positions on these issues, all parties believe that the requested stay is appropriate;

## **STIPULATION**

THEREFORE, in consideration of the foregoing recitals, Defendants hereby withdraw their opposition to Plaintiffs' Motion to Stay, and Plaintiffs and Defendants hereby stipulate and agree that the above-captioned litigation should be stayed until November 16, 2017, as requested in Plaintiffs' Motion for Stay.

The undersigned, on behalf of their respective clients, do so stipulate.

Respectfully submitted.

DATED: April 11, 2017          LEWIS BRISBOIS BISGAARD & SMITH LLP


                               By:    */s/ Greg L. Johnson*
                                   Greg L. Johnson
                                   Timothy J. Nally
                                   Attorneys for Defendants OXFORD HEALTH
                                   INSURANCE, INC. AND UNITED
                                   BEHAVIORAL HEALTH


DATED: April 11, 2017          PHILIPS, ERLEWINE, GIVEN & CARLIN LLP
                               CREITZ & SEREBIN LLP


                               By:    */s/ Joseph Creitz*
                                   Joseph Creitz
                                   Co-Counsel for Plaintiffs DAVID BAIN, DAYNA
                                   BAIN and ALAINA BAIN

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 11, 2017

*/s/ Greg L. Johnson*
Greg L. Johnson
Attorneys for Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**ORDER UPON STIPULATION**

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby stays the above-captioned litigation until November 16, 2017, as requested in the Motion to Stay (Dkt. 68).

It is so ORDERD.    The 4/13/17 hearing is vacated.  Further CMC is
                    reset from 5/25/17 to 11/30/17 at 10:30 a.m.  An updated
                    joint CMC statement shall be filed by 11/22/17.

DATED: 4/13/2017

_____
UNITED STATES DISTRICT COURT JUDGE



4818-2301-3958.1                                5                              3:15-cv-03305-EMC
STIPULATION AND PROPOSED ORDER TO STAY LITIGATION