**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
 E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
 E-Mail: Timothy.Nally@lewisbrisbois.com
2020 W. El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
UNITED HEALTHCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, DAYNA BAIN and ALAINA BAIN, individuals, ,<br><br>Plaintiffs,<br><br>vs.<br><br>OXFORD HEALTH INSURANCE, INC. and UNITED BEHAVIORAL HEALTH, in their capacities as insurers, administrators, and fiduciaries of the Sagent Advisors Inc. Group Health Plan, an ERISA-regulated welfare plan,<br><br>Defendants. | CASE NO. 3:15-cv-03305-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None Set |

Plaintiffs David Bain, Dayna Bain, and Alaina Bain (collectively, "Plaintiffs") and Defendants Oxford Health Insurance, Inc. and United Behavioral Health (collectively, "Defendants") do hereby stipulate and agree as follows:

## **RECITALS**

WHEREAS, Plaintiffs and Defendants previously stipulated to a stay of this litigation in light of the pending matters of *Wit v. United Behavioral Health*, N.D. Cal. Case No. 14-cv-02346-JCS, and *Alexander v. United Behavioral Health*, N.D. Cal. Case No. 14-cv-05337-JCS (collectively, "*Wit*") (*see* Dkt. 76);

WHEREAS, the docket in *Wit* indicates that trial in that matter concluded on or about November 1, 2017, and that post-trial briefing has been submitted, but no judgment has been entered;

WHEREAS, there is currently scheduled in this litigation a case management conference on May 31, 2018 (*see* Dkt. 80);

WHEREAS, Plaintiffs and Defendants agree that a judgment in *Wit* may impact this litigation, and all wish to continue the case management conference to allow additional time for a judgment to be issued in *Wit* so its impact on this litigation can be assessed.

## **STIPULATION**

THEREFORE, in consideration of the foregoing recitals, Plaintiffs and Defendants hereby stipulate and agree that the case management conference scheduled for May 31, 2018, should be continued to August 2, 2018, at 10:30 a.m., or to a date and time thereafter that the Court deems appropriate.

The undersigned, on behalf of their respective clients, do so stipulate.

Respectfully submitted.

| | |
|---|---|
| DATED: May 17, 2018 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: */s/ Greg L. Johnson*<br>Greg L. Johnson<br>Timothy J. Nally<br>Attorneys for Defendants OXFORD HEALTH INSURANCE, INC. AND UNITED BEHAVIORAL HEALTH |
| DATED: May 17, 2018 | PHILIPS, ERLEWINE, GIVEN & CARLIN LLP<br>CREITZ & SEREBIN LLP |
| | By: */s/ Joseph Creitz*<br>Joseph Creitz<br>Co-Counsel for Plaintiffs DAVID BAIN, DAYNA BAIN and ALAINA BAIN |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 17, 2018

*/s/ Greg L. Johnson*
Greg L. Johnson
Attorneys for Defendants

**ORDER UPON STIPULATION**

Pursuant to the stipulation of the parties and good cause appearing, the Court hereby continues the case management conference scheduled for May 31, 2018, to August 2, 2018, at 10:30 a.m.

It is so ORDERD.

DATED: 5/21/18



_____
UNITED STATES DISTRICT COURT JUDGE